UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Heath Marell<br>1718 Yale Place<br>Rockville, MD, 20850<br><br>   And<br><br>Susan Marell<br>39 Prescott Ave.<br>White Plains, NY 10605<br><br>   And<br><br>James Marell<br>121 S. Highland Ave.<br>Apt 3F,<br>Ossining NY 10562<br><br>        Petitioners,<br><br>  v.<br><br>Mark Allan PIummer<br>410 Ridgeway Drive,<br>Richardson, TX 75080<br><br>   And<br><br>Texas E&P Partners, Inc.<br>2201 N Central Expressway<br>Suite 240<br>Richardson, TX 75080<br><br>Serve On Its Registered Agent:<br>   Mark A. Plummer<br>   2201 N Central Expressway<br>   Suite 240<br>   Richardson, TX  75080<br><br>        Respondents. | PETITION AND MOTION TO CONFIRM<br>ARBITRATION AWARD<br><br>Civ. No. 1:18-cv-354 |

**PETITION AND MOTION TO CONFIRM ARBITRATION AWARD**

Petitioners, Heath Marell, Susan Marell, and James Marell ("Marells"), by and through counsel, hereby petition this Court for an Order recognizing, confirming, and enforcing the FINRA arbitration ("Arbitration") award made in case number 16-00955, pursuant to 9 U.S.C. § 9.

## Parties, Jurisdiction, and Venue

1. The Arbitration was seated in Washington, D.C. and the Award was rendered in Washington, D.C. jurisdiction and venue are proper under Chapter 1 of the Federal Arbitration Act, 9 U.S.C. § 9 which provides that application for confirmation of arbitration awards be made in federal judicial district where the award was made.

## The Arbitration Award

2. The Arbitration award arises from the fraudulent investment scheme peddled by Respondents concerning very speculative oil and gas ventures pitched to the Petitioners, all non-accredited investors. Respondents are registered and licensed with FINRA and therefore subject to FINRA arbitration when brought by a customer. FINRA CUSTOMER CODE 12201.

3. On March 28, 2016, Petitioners filed their Statement of Claim requesting FINRA arbitration after Respondent's failed to resolve Petitioner's concerns over the status of their investments.

4. The parties attended FINRA arbitration in Washington, D.C. on July 13th, to 15th.

5. On August 31, 2017 the FINRA arbitration panel rendered their decision and provided the parties with copies of the Arbitration award ("Initial Award"). Exhibit A (Award dated August 31, 2017). Petitioners requested clarification and correction of the Initial Award concerning the year for which interest was to begin, which was set at March 28, 2017, exactly

one year after the claim was filed, and to make clear that a portion of the award was for losses suffered by one of the petitioner's IRA.

6.      On December 5, 2017, FINRA issued a modified Arbitration award (the "Modified Award") in which it corrected the dates from which interest began to accrue to March 28, 2016 and addressed the IRA issue. **Exhibit B**. However, in the Modified Award, FINRA contained an inadvertent typographical error in the name of one of the Petitioners, naming Sean Marell in place of Susan Marell.

7.      Petitioners raised this new typographical error with FINRA, and on February 5, 2018, FINRA issued a corrected award, attached hereto as **Exhibit C** (the "Final Award").

8.      The Final Award states in pertinent part:

> After considering the pleadings, the testimony and evidence presented at the hearing, and the post-hearing submissions, the Panel has decided in full and final resolution of the issues submitted for determination as follows:
>
> 1. Respondents are jointly and severally liable for and shall pay to Heath Marell compensatory damages in the amount of $193,634.85 ($44,419.95 for his IRA loss and $149,214.90 for his individual loss) plus prejudgment interest at the rate of 6% from March 28, 2016 until the date of the award and post judgment interest at the rate of 10% per annum from the date of the award until payment of the award.
>
> 2. Respondents are jointly and severally liable for and shall pay to James Marell compensatory damages in the amount of $51,869.85 plus interest at the rate of 9% per annum from March 28, 2016 until payment of the award.
>
> 3. Respondents are jointly and severally liable for and shall pay to Susan Marell compensatory damages in the amount of $54,267.00 plus interest at the rate of 9% per annum from March 28, 2016 until payment of the award.
>
> 4. Other than forum fees which are specified below, the parties shall each bear their own costs and expenses incurred in this matter.

> 5. Any and all claims for relief not specifically addressed herein, including punitive damages and attorneys' fees are denied.

**Exhibit C** at 3.

9. As of the filing of this Motion, except as outlined herein above, Petitioners are not aware of any other correction, modification, or motion to correct or modify the Award. Nor has any further request for correction, modification, or motion to correct or modify the Award been filed by any party to the arbitration.

10. To date, Respondents have failed to satisfy the arbitration award.

**WHEREFORE**, Petitioner prays that the Court enter an Order pursuant to 9 U.S.C. § 9:

(a) Confirming, recognizing, and enforcing the Award against Respondents.

(b) Entering judgment against Respondents to be jointly and severally liable to the Petitioners in amounts equal to the full amounts of the Awards:

> (i) Judgment for Petitioner Heath Marell in the amount of $193,634.85 plus prejudgment interest at the rate of 6% from and including March 28, 2016 to and including the date of the Final Award, February 5, 2018, plus interest at the rate of 10% per annum from and including February 6, 2018 until payment of the award.
>
> (ii) Judgment for Petitioner James Marell in the amount of $51,869.85 plus interest at the rate of 9% per annum from and including March 28, 2016 until payment of the award.
>
> (iii) Judgment for Petitioner in the amount of $54,267.00 plus interest at the rate of 9% per annum from March 28, 2016 until payment of the award.

(c) Awarding the costs of this proceeding.

(d) Granting such other and further relief as may be just and proper. A proposed order is attached.

                                                              Respectfully submitted,

Dated: February 15, 2018

                                                              <u>/c/ Matt Simmons</u>
                                                              Matt Simmons, Esq.
                                                              Bar ID# MD14700
                                                              Law Offices of Matt Simmons
                                                              401 East Jefferson Street
                                                              Suite 201
                                                              Rockville, MD 20850
                                                              P: (240) 671-4058
                                                              E: Matt@hoyalaw.com
                                                              *Counsel for Petitioners*